DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AICHA GHORZI** and **MIKE DIOMANDE,**
Appellant,

v.

**NICOLE WALTER** and **STEVEN WALTER,**
Appellee.

No. 4D22-3114

[May 4, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Judge; L.T. Case No. 502022CA002416.

Aicha Ghorzi and Mike Diomande, Boca Raton, pro se.

Andrew M. Schwartz, Scott B. Chapman, and Sanjiv G. Patel of Andrew M. Schwartz, P.A., d/b/a Andrew M. Schwartz Legal Team, Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***